VILLAGE OF GREAT NECK ESTATES, Respondent, *v.* ROBERT J. ROSE, Appellant, et al., Defendants.

Submitted March 3, 1952; decided March 13, 1952.

*Edward S. Bentley* and *Robert T. Aller* for motion.
*Irving L. Spanier* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the orders do not finally determine the action within the meaning of the Constitution.